**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 19, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 3/20/2020

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

In light of the circumstances surrounding COVID-19, the status conference scheduled for March 27, 2020 is hereby adjourned to May 29, 2020 at 10:30 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between March 27, 2020 and May 29, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**Re:   United States v. David Hattersley**
      **19 Cr. 836 (VSB)**

Dear Judge Broderick,

    I write to request that the Court adjourn the conference currently scheduled for Friday, March 27, 2019, for approximately sixty days. The Government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

    We make this application because we are still in the process of reviewing discovery in this case, and deciding on appropriate next steps. In addition to the COVID-19 pandemic, which has led to restricted access to MDC Brooklyn (where Mr. Hattersley is currently housed), Mr. Hattersley was hospitalized for a portion of the time between our last court date and today, which significantly delayed our work on this case.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

cc:   Samuel Rothschild, Daniel Nessim
      United States Attorney's Office