# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 27, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 5/27/2020

In light of the circumstances surrounding COVID-19, the status conference scheduled for May 29, 2020 is hereby adjourned to July 31, 2020 at 10:30 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between May 29, 2020 and July 31, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

**Re:**   **United States v. David Hattersley**
         **19 Cr. 836 (VSB)**

Dear Judge Broderick,

    We write to provide a status update to the Court by letter and to request that the Court adjourn the conference currently scheduled for Friday, May 29, 2019, for approximately sixty days. The Government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

    The defense is still in the process of reviewing discovery. As the Court knows, we are still unable to have legal visits with Mr. Hattersley, who is currently incarcerated at MDC Brooklyn. We are doing our best to work on his case remotely, but the challenges during this pandemic have slowed down the process considerably. The requested adjournment will allow us to continue that process and to discuss possible dispositions of this case with the government. It will also allow both parties to coordinate with the prosecution and defense attorneys from Mr. Hattersley's other open federal case, which is pending in the District of Massachusetts.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

cc:   Samuel Rothschild, Daniel Nessim
      United States Attorney's Office