**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 24, 2020

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/25/2020

The status conference scheduled for September 24, 2020 is hereby adjourned to October 27, 2020 at 9:00 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between September 25, 2020 and October 27, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**Re:    United States v. David Hattersley**
        **19 Cr. 836 (VSB)**

Dear Judge Broderick,

    We were scheduled to have a status conference in the above-captioned case today or tomorrow.[1] I write to request that the Court adjourn the conference for 30 days. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

    The government and undersigned counsel have been conferring regarding a possible resolution of this case and need more time to continue those discussions. As the Court is aware, we have been navigating the complications that have arisen from the COVID-19 pandemic, including remote legal visits. In addition, both parties are endeavoring to coordinate with our counterparts in the District of Massachusetts, where Mr. Hattersley has a separate, pending case.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

cc:    Samuel Rothschild
       United States Attorney's Office

---

[1] There was some confusion among the parties about the scheduled date. We emailed the Court's deputy earlier this week to alert the Court to this request.