# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 26, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 10/27/2020

The status conference scheduled for October 27, 2020 is hereby adjourned to December 29, 2020 at 9:00 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between October 27, 2020 and December 29, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   United States v. David Hattersley**
       **19 Cr. 836 (VSB)**

Dear Judge Broderick,

     We are scheduled to have a status conference in the above-captioned case tomorrow, October 27, 2020. I write to request that the Court adjourn the conference for 60 days. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

     As the Court knows, the parties are actively negotiating a resolution of this matter, and doing so in coordination with Mr. Hattersley's pending case in the District of Massachusetts. We have made progress since our last adjournment request, but we have not yet completed our negotiations. Therefore, we ask for the instant adjournment to finalize those conversations.

     Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

     Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729


cc:   Samuel Rothschild
      United States Attorney's Office