# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 22, 2020

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 12/22/2020

The status conference scheduled for December 29, 2020 is hereby adjourned to February 2, 2021 at 9:00 a.m. The adjournment is necessary to allow the parties to continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 29, 2020 and February 2, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**Re:     United States v. David Hattersley
             19 Cr. 836 (VSB)**

Dear Judge Broderick,

    I write to request that the Court adjourn the conference currently scheduled for December 29, 2020 for approximately 30 days. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

    The parties continue to discuss a pre-trial disposition of this matter, but progress is slow due to the logistical constraints of the COVID-19 pandemic. Therefore, we request this additional time.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729


cc:     Samuel Rothschild
         United States Attorney's Office