# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 30, 2021

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    United States v. David Hattersley**
           **19 Cr. 836 (VSB)**

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 2/1/2021
>
> The status conference scheduled for February 2, 2021 is hereby adjourned to April 6, 2021 at 9:00 a.m. The adjournment is necessary to allow the parties to continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between February 2, 2021 and April 6, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

Dear Judge Broderick,

I write to request that the Court adjourn the conference currently scheduled for February 2, 2021 for approximately 60 days. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

As the Court is aware, Mr. Hattersley has an open case in the District of Massachusetts, which has complicated our efforts to reach a pre-trial disposition. However, the parties continue to be interested in a resolution, and therefore, we ask for this additional time.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729


cc:    Samuel Rothschild
         Daniel Nessim
         United States Attorney's Office