**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 1, 2021

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 4/2/2021

The status conference scheduled for April 6, 2021 is hereby adjourned to June 8, 2021 at 9:00 a.m. The adjournment is necessary to allow the parties to continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 6, 2021 and June 8, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. David Hattersley**
      **19 Cr. 836 (VSB)**

Dear Judge Broderick,

I write to respectfully request that the Court adjourn the conference currently scheduled for April 6, 2021 for approximately 60 days. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

Undersigned counsel has been able to consult with Mr. Hattersley's attorney in his open case in the District of Massachusetts and I have a legal call scheduled with Mr. Hattersley to make some decisions regarding a pre-trial disposition of his cases. The requested adjournment will allow that process to take place and to coordinate accordingly with the government in both districts.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729


cc:   Samuel Rothschild
      Daniel Nessim
      United States Attorney's Office