**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 24, 2021

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 8/25/2021

The status conference scheduled for August 26, 2021 is hereby adjourned to October 7, 2021 at 9:00 a.m. The adjournment is necessary to allow the parties to continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 26, 2021 and October 7, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**Re:  United States v. David Hattersley**
      **19 Cr. 836 (VSB)**

Dear Judge Broderick,

I write to respectfully request that the Court adjourn the conference currently scheduled for August 26, 2021 for approximately 45 days. The government, by Assistant United States Attorney Daniel Nessim, consents to this application.

The parties continue to discuss a pre-trial disposition of this matter and the additional time will hopefully enable us to reach a resolution.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

cc:   Samuel Rothschild & Daniel Nessim
      United States Attorney's Office