
**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2021

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED**
> *[signature]*
> **VERNON S. BRODERICK**
> **U.S.D.J.** 10/6/2021
>
> The status conference scheduled for October 7, 2021 is hereby adjourned to December 7, 2021 at 9:00 a.m. The adjournment is necessary to allow the parties to continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between October 7, 2021 and December 7, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**Re:   United States v. David Hattersley**
        **19 Cr. 836 (VSB)**

Dear Judge Broderick,

    I write to respectfully request that the Court adjourn the conference currently scheduled for tomorrow, October 6, 2021 for approximately 60 days. The parties are coordinating with the District of Massachusetts to move forward with a global resolution of this matter. The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

cc:    Samuel Rothschild & Daniel Nessim
       United States Attorney's Office