**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 7, 2022

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. David Hattersley**
      **19 Cr. 836 (VSB)**

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.   04/08/22
>
> The status conference scheduled for April 12, 2022 is hereby adjourned to June 21, 2022 at 9:00 a.m. The adjournment is necessary to permit the parties to reach a global resolution of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 12, 2022 and June 21, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Dear Judge Broderick,

    I write to respectfully request that the Court adjourn the conference currently scheduled for April 12, 2022 for approximately 60 days. The parties have been coordinating with the District of Massachusetts to reach a global resolution of this matter, and have been waiting on required paperwork from the U.S. Attorney's Office in that District. As of today, they are still working on preparing it. As such, we seek the instant adjournment so that they may complete that process and send it to our District.

    The government, by Assistant United States Attorney Samuel Rothschild, consents to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729