# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director*

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 12/19/2022
>
> The status conference scheduled for December 21 2022, is hereby adjourned to January 6, 2023, at 12 p.m.  The adjournment is necessary to allow defense counsel to meet with Mr. Hattersley and prepare for the next court date.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between December 21, 2023, and January 6, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Decembe

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. David Hattersley**
       **19 Cr. 836 (VSB)**
       **22 Cr. 586 (VSB)**

Dear Judge Broderick,

I write to respectfully request that the Court adjourn the change-of-plea conference, which is currently scheduled for December 21, 2022, to a Friday in January or February, as the Court and counsel's schedule permits in the ongoing trial in United States v. Saipov, 17 Cr. 722 (VSB).  The requested adjournment will allow undersigned counsel to meet with Mr. Hattersley and prepare for the next court date.

The government, by Assistant United States Attorney Samuel Rothschild, has no objection to this application.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729