**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 27, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. David Hattersley**
      **19 Cr. 836 (VSB)**
      **22 Cr. 586 (VSB)**

Dear Judge Broderick,

    I write to respectfully request that the Court adjourn the change-of-plea conference, which is currently scheduled for Friday, March 31, 2023, for approximately 30 days. The requested adjournment will enable undersigned counsel to meet with Mr. Hattersley and finalize the details of the expected plea.

    The government, by Assistant United States Attorney Samuel Rothschild, has no objection to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.   03/27/2023

The status conference scheduled for March 31, 2023 is hereby adjourned to April 27, 2023 at 10:00 a.m. The adjournment is necessary to permit defense counsel to meet with the defendant and finalize the details of the expected plea. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between March 31, 2023 and April 27, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.