# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director*

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 7/5/2023

Mr. Hattersley's sentencing is hereby adjourned to November 3, 2023, at 2:30 p.m.

July 2, 2023

**Via ECF and Email**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. David Hattersley**
      **19 Cr. 836 (VSB)**
      **22 Cr. 586 (VSB)**

Dear Judge Broderick,

I write to respectfully request that the Court adjourn the sentencing in the above-captioned cases, which is currently scheduled for September 5, 2023, for approximately 60 days. The Probation Office and undersigned counsel had a difficult time scheduling Mr. Hattersley's Presentence Interview, but it is now booked for July 10. The requested adjournment will enable Probation to prepare the PSR and the parties to review it and it will give undersigned counsel time to prepare a mitigation submission.

The government by Assistant United States Attorney Sam Rothschild has no objection to this request. Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729

cc:   Sam Rothschild, United States Attorney's Office

      Jemmard Thomas, United States Probation Office