**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 21, 2024

**Via ECF and Email**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  02/21/2024

The sentencing scheduled for March 8, 2024 is hereby adjourned to April 15, 2024 at 2:00 PM.

**Re:**     **United States v. David Hattersley**
            **19 Cr. 836 (VSB)**
            **22 Cr. 586 (VSB)**

Dear Judge Broderick,

    Mr. Hattersley is currently scheduled to be sentenced by Your Honor in the above-captioned cases on March 8, 2024. I write to request that the Court adjourn the sentencing for approximately 30 days. I had hoped to proceed to sentencing as scheduled, but an unanticipated family issue has delayed my ability to complete Mr. Hattersley's submission by the current deadline. This additional – and hopefully final – adjournment should be sufficient for me to effectively prepare for his sentencing.

    The government by Assistant United States Attorney Samuel Rothschild consents to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hattersley
212-417-8729